STEVEN A. FABBRO, ESQ. (SBN #107973)
LAW OFFICES OF STEVEN A. FABBRO
601 Montgomery Street, Suite 688
San Francisco, CA 94104
Telephone:   (415) 391-6850
Facsimile:   (415) 391-6856
Attorney for Plaintiff:
DAVID ROBERT SEEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| DAVID ROBERT SEEVER, Individually and as Co-Successor in Interest to TREVOR R. SEEVER, Deceased, and DARLENE RUIZ individually and as Co-Successor in Interest to TREVOR R. SEEVER, Deceased,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY OF MODESTO, MODESTO POLICE DEPARTMENT, JOSEPH LAMANTIA, and Does 1-10, inclusive,<br><br>       Defendants. | Case No. 3:22-MC-80276-LB<br><br>Lead Case No. 1:21-cv-01373-JLT-EPG<br>Member Case No. 1:21-cv-01565-JLT-EPG<br><br>**JOINT LIST OF ATTENDEES**<br>**RE: SETTLEMENT CONFERENCE**<br><br>Date:  May 4, 2023<br>Time: 3:00 p.m.<br><br>Magistrate Judge Laurel Beeler |

| Party | Attendees |
|---|---|
| **David Seever – Plaintiff** | Steven A. Fabbro, Esq<br>E-Mail: fabbrolaw2001@yahoo.com<br><br>Harold Selan, Esq.<br>E-Mail: selanlaw@comcast.net<br><br>David Seever – Plaintiff<br>E-Mail: davnstc04@yahoo.com |

**JOINT LIST OF ATTENDEES RE: SETTLEMENT CONFERENCE**
**NORTHERN DISTRICT OF CALIFORNIA CASE NO. 3:22-MC-80276-LB**

- 1 -

| **Darlene Ruiz – Plaintiff** | John Burton, Esq.<br>E-Mail:jb@johnburtonlaw.com<br><br>Robert P. Fores, Esq.<br>E-Mail: rfores@foresmacko.com<br><br>Ronald La Force, Esq.<br>E-Mail: ronaldlouislaforce@gmail.com<br><br>Darlene Ruiz - Plaintiff,  Ray Ruiz<br>E-Mail: |
|---|---|

DATED: April 20, 2023          LAW OFFICES OF STEVEN A. FABBRO


*Steven A. Fabbro*
_____
By: STEVEN A. FABBRO
Attorney for Plaintiff DAVID SEEVER

**JOINT LIST OF ATTENDEES RE: SETTLEMENT CONFERENCE**
**NORTHERN DISTRICT OF CALIFORNIA CASE NO. 3:22-MC-80276-LB**